UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mark W. W., | File No. 23-cv-3263 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Carolyn W. Colvin, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on December 2, 2024. ECF No. 19. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 19] is **ACCEPTED**.

2. Plaintiff's brief seeking judgment on the administrative record [ECF No. 14] is **DENIED**.

3. Defendant's brief seeking judgment on the administrative record [ECF No. 17] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 18, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court